In re McElveen, Wayne, Sheriff; Victor, Eugene, Dpty. Sheriff; Fry, Russell T., Dpty. Sheriff; Walbrook Insurance Co., Ltd.; Anglo American Insurance Co.; LUI Syndicate, Inc.; Calfed Syndicate, Inc.; Capital Insurance Co. Inc., Ltd.; — Defendant(s); applying for writ of certiorari and/or review; Parish of Calcasieu, 14th Judicial District Court, No. 88-744; to the Court of Appeal, Third Circuit, No. CA92-1131.
Denied.
MARCUS, LEMMON and HALL, JJ., would grant the writ.
WATSON, J., not on panel.